MICHAEL N. WESTHEIMER, CA Bar No. 178938
Michael.westheimer@ogletree.com
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
One Embarcadero Center, Suite 900
San Francisco, CA  94111
Telephone:    415.442.4810
Facsimile:     415.442.4870

Attorneys for Defendants
FASTENAL COMPANY and BRIAN KONICKE

Brad Stuckey (SBN 214971)
**WILSHIRE LAW FIRM**
**A Professional Law Corporation**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone:     (213) 381-9988
Facsimile:      (213) 381-9989
E-mail:         bstuckey@wilshirelawfirm.com

Attorney for Plaintiff
JAMES VELASQUEZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES VELASQUEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FASTENAL COMPANY, a Minnesota corporation; BRIAN KONICKE, an individual; and DOES 1-30, inclusive,<br><br>Defendants. | Case No.: 22-cv-00523-NC<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL**<br><br>Hon. Judge:       Nathanael Cousins<br>Courtroom:       5<br>Action Filed:     December 7, 2021<br>Trial Date:        TBD |

////

////

////

-1-    Case No.: 22-cv-00523-NC

JOINT STIPULATION AND ORDER FOR DISMISSAL

1  The parties to this action, acting through counsel, and pursuant to Federal Rules of Civil
2  Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed
3  by them, to the Dismissal with Prejudice of this action, including all claims stated against all
4  parties, with each party to bear its own attorney's fees and costs.

DATED: September 28, 2022

**WILSHIRE LAW FIRM**
A Professional Law Corporation

By: /s/   *Brad Stuckey*
     Brad Stuckey

Attorney for Plaintiff
James Velasquez

DATED:  September 28, 2022

**OLGETREE DEALKINS**

By: /s/   *Michael N. Westheimer*
     Michael N. Westheimer

Attorney for Defendants
Fastenal Company, et al.

-2-  Case No.: 22-cv-00523-NC

JOINT STIPULATION AND ORDER FOR DISMISSAL

# ORDER

The Court, having considered the Stipulation of Plaintiff and Defendant filed with the Court hereby dismisses Case. No. 22-cv-00523-NC with prejudice in accordance with the terms of that stipulation.

**IT IS SO ORDERED.**

Dated: September 28, 2022



HON.
MAGISTRATE DISTRICT
COURT

-3-   Case No.: 22-cv-00523-NC

JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL